IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KENDRICK WILEY**                                                                           **PLAINTIFF**
**ADC #139566**

**V.**                      **No: 2:17-cv-00034 JLH-PSH**

**MIRANDA CALDWELL,** *et al.*                                        **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants are awarded summary judgment and Wiley's claim(s) against them are dismissed without prejudice. It is further ordered that the Court certifies that an *in forma pauperis* appeal taken from the order adopting this recommendation and accompanying judgment is considered frivolous and not in good faith.

DATED this 8th day of December, 2017.

                                                                                       _____
                                                                                       J. LEON HOLMES
                                                                                       UNITED STATES DISTRICT JUDGE