IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENDRICK WILEY                                                                                          PLAINTIFF
ADC #139566

V.                           No: 2:17-cv-00034 JLH-PSH

MIRANDA CALDWELL, *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 8th day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE